**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02485-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

MARIA RODGERS,

    Plaintiff,

v.

WALGREENS,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff has submitted to the court a Title VII Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the in forma pauperis motion is deficient because the information Plaintiff provides regarding her income is inconsistent.   For example, Plaintiff indicates on page one that her average monthly income from employment is $7,800.00 and on page two that her gross monthly pay from her current employment is only $576.00.   It also is not clear if the number Plaintiff provides for her average monthly disability income is correct.   Plaintiff will be directed to file an amended motion that clarifies her income if she wishes to proceed in forma pauperis in this action.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   Accordingly, it

1

is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) form, along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED November 12, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                             s/ Gordon P. Gallagher
                                            United States Magistrate Judge