IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02485-GPG

MARIA RODGERS,

    Plaintiff,

v.

WALGREENS,

    Defendant.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff initiated this action by filing *pro se* a Title VII Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).   On November 16, 2015, Plaintiff filed a Motion to Amend (ECF No. 5) asking to file an amended motion to proceed *in forma pauperis* and she filed an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 6).   The Motion to Amend will be granted and Plaintiff also will be granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.   Accordingly it is

    ORDERED that the Motion to Amend (ECF No. 5) and the amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 6) are GRANTED.   It is

    FURTHER ORDERED that the original Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3) is DENIED as moot.   It is

FURTHER ORDERED that the court review the Title VII Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).   It is

FURTHER ORDERED that process shall not issue at this time.

DATED November 17, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge